SAMUEL RICHARDS ET AL. *v.* ELIJAH JAMES ET AL. (13682)

FOTI, LANDAU and SPEAR, Js.

Submitted on briefs March 17—decision released April 25, 1995

*Louis S. Avitabile* filed a brief for the appellants (defendants).

*Christopher W. Boylan* filed a brief for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.